**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Julia.Jarrett@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**84902 HIDEAWAY HILLS ROAD, CITY OF EUGENE, LANE COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS;**

**$129,822.00 IN UNITED STATES CURRENCY;**

**$4,000.00 IN UNITED STATES CURRENCY;**

**$1,182.00 IN UNITED STATES CURRENCY;**

**2007 DODGE RAM 3500 TRUCK, VIN 3D7ML38A17G821336, with its tools and appurtenances;**

**KUBOTA M7060HDC12 TRACTOR WITH KUBOTA LA1154S BUCKET LOADER, with its tools and appurtenances;**

Case No. 6:23-cv-01226-MO

**COMPLAINT *IN REM* FOR FORFEITURE**

**Complaint *in rem* for Forfeiture**                                                                                                   Page 1

**TAKEUCHI TB235-2 EXCAVATOR,**
with its tools and appurtenances; and

**2022 GREAT NORTHERN TRAILER WORKS, INC., 14K CUSTOM GOOSENECK DUMP TRAILER, VIN 5VKGD142XPS016040, with its tools and appurtenances**, *in rem,*

        **Defendants.**

Plaintiff, United States of America, by Natalie K. Wight, United States Attorney for the District of Oregon, and Julia E. Jarrett, Assistant United States Attorney, for its Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendant Real Property, *in rem*, located at 84902 Hideaway Hills Road Eugene, Lane County, Oregon, and further described as:

> Beginning at the Northeast corner of the R.H. Renshaw Donation Land Claim No. 54, thence West along the North line of said Donation Land Claim 30.3 chains, thence South 1 chain, thence West on a line parallel to the North line of said Donation Land Claim No. 54 to the intersection of said line with County Road No. 1014 (Dillard Road), thence South and East along the Easterly boundary of said road to the East line of Donation Land Claim No. 54, thence North to the point of beginning, all in Lane County, Oregon. EXCEPT that portion conveyed to Lane County by Warranty Deed recorded July 15, 1966, Reception No. 54181, Lane County Oregon Deed Records. (For Dillard Road),

is now and during the pendency of this action will be within the jurisdiction of this Court.

Defendants, *in rem*, $129,822.00 in United States currency; $4,000 in United States currency; $1,182 in United States currency; 2007 Dodge Ram 3500 Truck, VIN 3D7ML38A17G821336; Kubota M7060HDC12 Tractor with Bucket Loader; Takeuchi TB235-2 Excavator; and 2022 Great Northern Trailer Works, Inc., 14k Custom Gooseneck Dump Trailer, VIN 5VKGD142XPS016040, were seized in the District of Oregon, and are now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant Real Property, *in rem*, located at 84902 Hideaway Hills Road, Eugene, Oregon, as outlined above, was used or intended to be used to facilitate the illegal production, conversion, and distribution of marijuana, and in violation of Title 21, United States Code, Section 841, 846, and 856, and is forfeitable to the United States pursuant to the provisions of Title 21, United States Code, Section 881(a)(7), as more particularly set forth in the Declaration of Special Agent Sean Cummings, Drug Enforcement Administration, marked as Exhibit A, attached and fully incorporated herein by this reference.

IV.

Defendants, *in rem*, $129,822.00 in United States currency; $4,000 in United States currency; $1,182 in United States currency; 2007 Dodge Ram 3500 Truck, VIN 3D7ML38A17G821336; Kubota M7060HDC12 Tractor with Bucket Loader; Takeuchi TB235-2 Excavator; and 2022 Great Northern Trailer Works, Inc., 14k Custom Gooseneck Dump Trailer, VIN 5VKGD142XPS016040, represent proceeds traceable to an exchange for controlled substances or were used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 801, *et. seq.*, and are forfeitable to the United States pursuant to the provisions of 21

U.S.C. §§ 881(a)(4) and (a)(6), as more particularly set forth in the Declaration of Special Agent Sean Cummings, Drug Enforcement Administration, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendants, *in rem*, Real Property located at 84902 Hideaway Hills Road, Eugene, Oregon; $129,822.00 in United States currency; $4,000 in United States currency; $1,182 in United States currency; 2007 Dodge Ram 3500 Truck, VIN 3D7ML38A17G821336; Kubota M7060HDC12 Tractor with Bucket Loader; Takeuchi TB235-2 Excavator; and 2022 Great Northern Trailer Works, Inc., 14k Custom Gooseneck Dump Trailer, VIN 5VKGD142XPS016040, that due notice be given to all interested persons to appear and show cause why forfeiture of these Defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these Defendants be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

Dated: August 23, 2023.   Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney

## VERIFICATION

I, Sean Cummings declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that I am a Special Agent with the Drug Enforcement Administration and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*/s/ Sean Cummings*
**SEAN CUMMINGS**
Special Agent
Drug Enforcement Administration